# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

JASON CLARK,

               Defendant.

2:20-cr-00052-APG-EJY

**ORDER**

Before the Court is the Emergency Motion to Reopen Detention Hearing (ECF NO. 16).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Emergency Motion to Reopen Detention Hearing (ECF NO. 16) must be filed or before April 8, 2020.

IT IS FURTHER ORDERED that a hearing on the Emergency Motion to Reopen Detention Hearing (ECF NO. 16) is scheduled for 10:00 AM, April 14, 2020, in Courtroom 4B.

The hearing will be conducted partially by virtual video conference in Courtroom 4B. Defendant will remain at Nevada Southern Detention Center and counsel will be in Courtroom 4B. IT IS FURTHER ORDERED that defense counsel will have until April 8, 2020, at 3:00 p.m., to file a notice with the court stating whether Defendant consents to appear via video conference for this hearing.

In lieu of a revised report, U.S. Pretrial Services is directed to provide the Court with a supplemental memorandum setting forth its recommendation and, to the extent applicable, the suggested conditions for temporary release.

DATED this 30th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE