Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
Nevada State Bar No. 13877
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     v.<br><br>Jason Clark,<br><br>           Defendant. | Case No.  2:20-cr-00052-APG-EJY<br><br>**First Stipulation to Continue Sentencing Hearing** |

The parties jointly request that this Court vacate the March 17, 2021, sentencing hearing and continue it for at least 90 days because:

1. Defense counsel needs additional time to prepare for sentencing.

2. Clark is in custody and agrees to the continuance.

DATED: January 29, 2021.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Nicholas A. Trutanich<br>United States Attorney |
| */s/ Erin Gettel*<br>By: _____<br>Erin Gettel<br>Assistant Federal Public Defender | */s/ Melanee Smith*<br>By: _____<br>Melanee Smith<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jason Clark,<br><br>　　　　Defendant. | Case No.  2:20-cr-00052-APG-EJY<br><br>**Order Granting First Stipulation to Continue Sentencing Hearing** |

　　Based on the pending stipulation of counsel, the Court finds that good cause exists to continue the sentencing hearing.

　　IT IS THEREFORE ORDERED that the sentencing currently scheduled for March 17, 2021, at 2:00 p.m., is vacated and continued to June 16, 2021, at 1:00 p.m. in LV Courtroom 6C.

　　DATED: January 29, 2021.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Andrew P. Gordon
　　　　　　　　　　　　　　　　　　　　United States District Judge